# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1577

_____

David A. Carney,                                 *
                                                 *
            Appellant,                           *
                                                 *    Appeal from the United States
      v.                                         *    District Court for the
                                                 *    Eastern District of Missouri.
Victoria Hess, Correctional Officer,             *
NECC; Terry White, Correctional                  *    [UNPUBLISHED]
Officer, NECC; Jim Long,                          *
Correctional Officer, NECC,                       *
                                                 *
            Appellees.                           *

_____

Submitted: March 27, 2008
Filed: April 3, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

David Carney appeals the district court's[1] order granting defendants' summary judgment motion in his 42 U.S.C. § 1983 action. Upon de novo review, see Rouse v. Benson, 193 F.3d 936, 939 (8th Cir. 1999), we conclude summary judgment in favor

---

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

of defendants was proper.  Accordingly, we affirm the judgment of the district court.
<u>See</u> 8th Cir. R. 47B.

_____